AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Moshe Berlin | ) Case No. |
|  | ) 6:16-mj- 1162-DAB |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 22, 2016__ in the __special aircraft jurisdiction of the United States__ the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46504 | Interference with flight crew members and attendants. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Katherine Holloway
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/23/2016

_____
Judge's signature

City and state: Orlando, FL

David A. Baker, U.S. Magistrate Judge
Printed name and title

STATE OF FLORIDA                                    CASE NO. 6:16-mj- 1162-DAB

COUNTY OF ORANGE

## AFFIDAVIT

I, Katherine Ann Holloway, Special Agent, Federal Bureau of Investigation, after being duly sworn, depose and state the following:

I. **Introduction**

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Orlando Resident Agency of the Tampa Division. I have been employed as a Special Agent for the FBI since September 2011 and have been the FBI Orlando Airport Liaison Agent since July 2015. Prior to my employment with the FBI, I was an Arlington County Police Officer in the Commonwealth of Virginia from 2006 to 2011. During the course of my duties as a police officer and FBI agent, I have conducted numerous investigations involving, but not limited to, gangs, narcotics, robbery, and embezzlement. During these investigations, I have applied for arrest warrants and assisted in the application of search warrants.

2.  The information contained in this affidavit is based on my personal knowledge and observations during the course of this investigation, along with information conveyed to me by employees of JetBlue Airlines, Customs and Border Patrol (CBP) officers, and independent witnesses.

3.  Because this affidavit is being submitted for the limited purpose of supporting the issuance of a criminal complaint and arrest warrant for **MOSHE BERLIN**, I have not set forth in the affidavit everything that I have learned as a result of the

investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

4.   This affidavit is submitted in support of a criminal complaint against **MOSHE BERLIN** for a violation of 49 U.S.C. § 46504. As set forth in more detail below, I have probable cause to believe that **MOSHE BERLIN**, an individual on an aircraft in the special aircraft jurisdiction of the United States, did assault and intimidate a flight crew member and flight attendant of the aircraft, interfere with the performance of the duties of the member and attendant, and lessen the ability of the member and attendant to perform those duties, all in violation of 49 U.S.C. § 46504.

## II. SUMMARY OF INVESTIGATION

5.   On March 22, 2015, at approximately 2:05 p.m., the Corporate Security Director for JetBlue Airlines in Orlando contacted me regarding inbound JetBlue flight number 1324 from Mexico City, Mexico, bound for the Orlando International Airport in Orlando, Florida, Middle District of Florida. JetBlue Corporate Security advised that a passenger aboard had become combative with the flight crew and was being restrained by four individuals (including passengers and flight crew). These events occured while the aircraft was in flight, the external doors were closed, and the flight was bound for United States airspace, and the disruptive passenger was identified by JetBlue as **MOSHE BERLIN**.

6.   The flight landed at approximately 3:30 p.m. With the assistance of JetBlue personnel, CBP officers removed **MOSHE BERLIN** from the rear galley of the aircraft to an ambulance. **MOSHE BERLIN** had been restrained aboard the aircraft using zip ties and seat belts by passengers and flight crew who had subdued him.

7. I interviewed JetBlue flight attendant K.F., who wore professional attire and was clearly identified as a member of the flight crew. K.F. reported that during the flight, **MOSHE BERLIN** walked down the aircraft aisle and stated that he was having a heart attack and needed oxygen. Shortly thereafter, **MOSHE BERLIN** fell to the floor. As K.F. approached, **MOSHE BERLIN** stood up quickly, charged at and grabbed K.F.'s left arm, shouted various profanities, and attempted to pull K.F. to the ground. K.F. attempted to hold **MOSHE BERLIN,** who appeared to be trying to kick at the pressurized cabin door. Various passengers came to assist K.F. during the struggle. K.F. reported that the struggle lasted over an hour, but he is uncertain of how long **MOSHE BERLIN** struggled prior to being restrained.

8. C.S., a passenger aboard the same JetBlue flight, reported hearing a flight attendant yelling for help. He and another passenger (later identified as M.R.) ran to the flight attendant (later identified as K.F.) who was struggling with an individual (**MOSHE BERLIN**) who was "fighting severely" and appeared to be violent. C.S. believed the flight attendant was in a lot of pain and needed help. With assistance of the flight attendant and other passengers, **MOSHE BERLIN's** legs were restrained using zip ties. C.S. estimates that more than two hours may have elapsed between the initial struggle to flight landing. C.S. also recalls that during the last 45 minutes of the flight, **MOSHE BERLIN** was somewhat restrained, but he would continue to struggle and/or scream any time C.S. released his grip on **MOSHE BERLIN**. C.S. and other flight attendants repeatedly attempted to calm **MOSHE BERLIN**.

9. I interviewed JetBlue flight attendant M.D., who wore professional attire and was clearly identified as a member of the flight crew. M.D. reported that at some

3

point in flight, **MOSHE BERLIN** fell to the ground and started kicking and screaming such that a passenger near the aisle had to move out of the way. While other flight attendants ran towards **MOSHE BERLIN**, M.D. called to the cabin for assistance as **MOSHE BERLIN** became out of control, hitting his head on the door, throwing his arms about, and screaming. M.D. reported that passengers were very scared, as was she.

### III. Conclusion

10. Based on my experience, training, my knowledge of this investigation, and information provided to me by other witnesses, I believe that probable cause exists to believe that **MOSHE BERLIN** has committed violations of 49 U.S.C. § 46504 and hereby request a warrant for his arrest.

11. This concludes my affidavit.

Special Agent Katherine Ann Holloway
Federal Bureau of Investigation

Sworn and subscribed before me
this 23d day of March, 2016.

The Honorable David A. Baker
United States Magistrate Judge

4