UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 6:16-mj-1162-DAB

MOSHE BERLIN

**NOTICE OF SCRIVENER'S ERROR IN
AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, hereby respectfully notifies the Court of a scrivener's error in the affidavit that was previously submitted in support of the criminal complaint in the above-captioned case. The United States is disclosing the scrivener's error in the affidavit to ensure compliance with 28 U.S.C. § 530B, ethical standards for attorneys for the Government, and the Florida Bar Rules of Professional Conduct, Rule 4-3.3, Candor Toward the Tribunal.

On March 23, 2016, this Court signed a criminal complaint in this matter. In doing so, the Court reviewed and relied upon an affidavit attached to the criminal complaint. Since submission of the affidavit to the Court, the United States has learned that the affidavit contained a scrivener's error. The United States seeks to notify the Court of the scrivener's error and provide the corresponding correction.

In the first sentence of paragraph 5 of the affidavit, Federal Bureau of Investigation Special Agent Katherine Holloway provided the following information:

> On March 22, 2015, at approximately 2:05 p.m., the Corporate Security Director for JetBlue Airlines in Orlando contacted me regarding inbound JetBlue flight number 1324 from Mexico City, Mexico, bound for the Orlando International Airport in Orlando, Florida, Middle District of Florida.

That sentence contains a scrivener's error; the cited date should be March 22, 2016, rather than March 22, 2015.  Accordingly, the first sentence of paragraph 5 should properly read:

> On March 22, 2016, at approximately 2:05 p.m., the Corporate Security Director for JetBlue Airlines in Orlando contacted me regarding inbound JetBlue flight number 1324 from Mexico City, Mexico, bound for the Orlando International Airport in Orlando, Florida, Middle District of Florida.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:   *s/ EMILY C.L. CHANG*
Emily C.L. Chang
Assistant United States Attorney
USA No. 166
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:       emily.chang@usdoj.gov

**U.S. v. MOSHE BERLIN**                              Case No. 6:16-mj-1162-DAB

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

            *s/ Emily C. L. Chang*
            Emily C.L. Chang
            Assistant United States Attorney
            USA No. 166
            400 W. Washington Street, Suite 3100
            Orlando, Florida 32801
            Telephone: (407) 648-7500
            Facsimile: (407) 648-7643
            E-mail:  Emily.Chang@usdoj.gov