# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                          Case No: 6:16-mj-1162

**MOSHE BERLIN**

AUSA: Emily Chang

Defense Attorney: Alica Scott, Federal Public Defender

| JUDGE: | **DAVID A. BAKER** United States Magistrate Judge | DATE AND TIME: TOTAL TIME: | **March 23, 2016** 11:16 A.M. 11:50 AM Total time 0/34 min |
|---|---|---|---|
| DEPUTY CLERK: | Celeste Herdeman | REPORTER: | Digital |
| INTERPRETER: | None | PRETRIAL/PROB: | Candice Bunk |

## CLERK'S MINUTES
## INITIAL APPEARANCE/ PRELIMINARY HEARING / DETENTION HEARING

Case called, appearance made, procedural setting by the court.
Defendant request court appointed counsel; the court appoints the FPD.
The Court summarizes charges and advises defendant of his rights.
The Government is not seeking detention and request surrender of passport and travel restrictions.
Counsel for the defendant objects to surrender of passport and travel restrictions.

Preliminary Hearing:
Agent Catherine Holloway placed under oath and testifies on behalf of the Government.
Cross examination - Defendant's counsel request Jenks Materials. Re-direct of the witness.
Court Findings:
The Court finds probable cause.
Order setting conditions of release to enter with $25,000.00 unsecured bond.
Order setting conditions of release to enter.
Court adjourned.