IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 6:16 mj 1162 DAB

Moshe Berlin,

    Defendant.
_____/

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my communications or interactions with the government or its agents with regard to this case and any other state or federal case, investigation, or matter, whether it be criminal, civil, or administrative in nature. I will not waive my constitutional rights except in the presence of counsel, and I do not want the government or its agents to contact me for any reason unless my counsel is present.

_____
(Defendant's signature)

Aisha Marie Scott   201 S Orange Ave Suite 300 Orlando FL 32801
(Attorney's name/address printed)

_____
(Attorney's signature)

Date: 3-23-16          Time: 11:00  a.m. / p.m.