**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Sara Boswell
Orlando Division Manager

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:16-mj-1162**

**MOSHE BERLIN**

---

## NOTICE OF SURRENDERED U.S. PASSPORT

To: U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
PO Box 1227
Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on March 23, 2016 in the above styled case, the Defendant's passport, **Number 422075819** was surrendered to the custody of the Clerk of Court on March 23, 2016. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | February 12, 1971 |
| Defendant's place of birth: | Romania |
| Passport received from: | Alisha Scott |
| Passport issued to: | Moshe Berlin |
| Date of issuance: | January 27, 2009 |

SHERYL L. LOESCH, CLERK

By *Lauren Moyer*
Lauren Moyer, Deputy Clerk

March 23, 2016

Original to Case File
c: Counsel and Unrepresented Defendant
Pretrial Services (if before Judgment)
Probation Office (if after Judgment)
Appropriate Agency Listed Above
Passport Coordinator